BEFORE THE FIRST DIVISION, APRIL 23, 1964

No. 68481.—Patrick & Graves, a/c Capitol Setting Co. *v.* United States, protest 63/15868 (Galveston).

Opinion by OLIVER, C.J.   In accordance with oral stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiff was sustained.

No. 68482.—Edward S. Zerwekh Company, a/c Mercury Supply Company et al. *v.* United States, protests 63/10700, etc. (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of canvas wig blocks, which are composed of compressed cork, cotton, a wooden base, nails, a metal tube, and ribbon, and that the component material of chief value is cotton, the claim of the plaintiffs was sustained.